1 MELINDA HAAG (CABN 132612)
United States Attorney
2 THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
3 Chief, Tax Division
 11th Floor Federal Building
4  450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
5  Telephone:   (415) 436-7017
 Fax:            (415) 436-7009
6 Attorneys for the United States of America

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12 UNITED STATES OF AMERICA,        )   No. CR 11-0523 SBA
                                    )
13              Plaintiff,          )
                                    )
14        v.                        )   STIPULATION TO RESCHEDULE
                                    )   STATUS CONFERENCE AND TO
15                                  )   EXCLUDE TIME UNDER SPEEDY TRIAL
   HUGH LESLIE BARAS,               )   ACT AND ORDER THEREON
16                                  )
                Defendant.          )
   _____ )

17

18        It is hereby stipulated by and between Plaintiff and Defendant, Hugh Leslie Baras,

19 through their respective counsel, as follows:

20        1.  That the status conference in this matter be rescheduled from December 5, 2011,

21 to January 24, 2012, at 10:00 a.m; and

22        2.  For the reason of ongoing discovery issues, and that defendant's counsel requires

23 reasonable time to review extensive discovery already produced in this matter, to prepare

24 this matter for trial, and to prepare witnesses for trial; and that the period of delay from

25 December 5, 2011, to January 24, 2012, shall be excluded pursuant to 18 U. S.C., §

26 3161(h)(7)(A) and (h)(B)(iv) as the ends of justice served by this exclusion allowing for

27 //

28 //

continity of counsel, ongoing discovery production and review, and for adequate trial preparation in this matter outweigh the best interest of the public and the defendant in a speedy trial.

MELINDA HAAG
United States Attorney

_____/s/_____  _____/s/_____
MARC J. ZILVERSMIT    THOMAS MOORE
Attorney for Hugh Leslie Baras  Assistant United States Attorney
            Chief, Tax Division


  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  12/5/11      _____
            UNITED STATES DISTRICT JUDGE