MARC J. ZILVERSMIT, ESQ., State Bar No. 132057
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorney for Defendant
HUGH BARAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HUGH L. BARAS,<br><br>    Defendant. | CR 11-0523 SBA<br><br>**STIPULATION TO RESCHEDULE TRIAL AND PRETRIAL HEARING; ORDER** |

It is hereby stipulated by and between Plaintiff and Defendant, Hugh Leslie Baras, through their respective counsel, as follows:

1. The trial in this matter be rescheduled from March 4, 2013, to May 13, 2013 at 8:30 a.m.

2. The pretrial conference/hearing in this matter be rescheduled from February 11, 2013, to April 23, 2013 at 11:00 a.m.

3. The due date for completing the Pretrial Preparation set forth in paragraph E of the Court's Order dated September 19, 2012 be rescheduled from January 15, 2013 to March 19, 2013.

4. The due date for in limine motions be rescheduled from January 22, 2013 to March 26, 2013. Objections to evidence and/or response to motions in limine are due April 2, 2013 and Replies to Objections to evidence and/or response to motions in limine are due April 9, 2013.

5. Good cause exists to continue the trial and pretrial hearing in this case, based upon the defendant's anticipated hand surgeries, the first of which is set for February 1, 2013, which has been scheduled to repair multiple "trigger fingers" (stenosing tenosynovitis) a type of

Stipulation to Reschedule Trial And [Proposed]
Order Excluding Time (CR-11-0523 SBA)    1

dysfunction and pain of the fingers that primarily involves an inability to fully close fingers. These surgeries are anticipated to require several weeks of rest and rehabilitation before he hopefully will regain usage of each hand. The present condition of the defendant's hands, has made it more and more difficult for the defendant to type and write and thereby assist counsel in preparing his defense; the weeks immediately after surgery will also involve rest and rehabilitation of the defendant's hands which will also impair the defendant's ability to assist counsel in preparing his defense. The period of delay from February 12, 2013 to May 6, 2013, 2012, shall be excluded pursuant to 18 U. S.C., § 3161(h) as the ends of justice served by this exclusion allowing for effective preparation of counsel, continuity of counsel, and review of new discovery.

Dated: January 9, 2013                                MELINDA HAAG
                                                      United States Attorney

       /s/                                                 /s/
_____                          _____
MARC J. ZILVERSMIT                              MICHAEL G. PITMAN
Attorney for Hugh Leslie Baras                  Assistant United States Attorney
                                                Tax Division


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: January 15, 2013                         _____
                                                UNITED STATES DISTRICT JUDGE

Stipulation to Reschedule Trial And [Proposed]
Order Excluding Time (CR-11-0523 SBA)       2