UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUGH L. BARAS,<br><br>Defendant. | Case No: CR 11-0523 SBA<br><br>**ORDER**<br><br>Docket 33 |

On March 11, 2013, Defendant Hugh Baras ("Defendant") filed an unopposed motion to shorten time for the hearing on his motion to continue the trial and pretrial hearing dates. Dkt. 33. Defendant requests that his motion to continue the trial and pretrial hearing dates be heard on March 19, 2013. Having read and considered the papers filed in connection with this matter and being fully informed, the Court hereby GRANTS Defendant's motion. The Court finds that good cause exists to shorten the time for the hearing on Defendant's motion to continue the trial and pretrial hearing dates. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Defendant's unopposed motion to shorten the time for hearing on Defendant's motion to continue the trial and pretrial dates is GRANTED.

2. The United States shall file a response to Defendant's motion to continue the trial and pretrial dates by no later than March 14, 2013. A reply may be filed by no later than

March 15, 2013. Upon the completion of briefing, this matter will be taken under submission without oral argument.

    3.    The pretrial conference currently scheduled for April 23, 2013 is CONTINUED to May 7, 2013. Pretrial Preparation is due April 9, 2013. Motions in limine and evidentiary objections are due April 16, 2013. Responses to motions in limine and evidentiary objections are due on April 23, 2013. Replies to motions in limine and evidentiary objections are due on April 30, 2013.

    4.    This order terminates Docket 33.

IT IS SO ORDERED.

Dated: 3/12/13

                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge