# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 11-0523 SBA |
| Plaintiff, ) | |
| vs. ) | **ORDER TO RESCHEDULE TRIAL AND PRETRIAL HEARING** |
| HUGH L. BARAS, ) | |
| Defendant. ) | |

FOR GOOD CAUSE SHOWN, the Motion to Continue Trial, is GRANTED. The dates are set as follows:

1. The trial in this matter be rescheduled from May 13, 2013 to September 16, 2013 at 8:30 a.m.

2. The pretrial conference/hearing in this matter be rescheduled from April 23, 2013 to August 27, 2013 at 11:00 a.m.

3. The due date for completing the Pretrial Preparation set forth in paragraph E of the Court's Order dated September 19, 2012 is rescheduled from March 19, 2013 to July 23, 2013.

4. The due date for in limine motions is rescheduled from March 26, 2013 to July 30, 2013. Objections to evidence and/or response to motions in limine are due August 6, 2013 and Replies to Objections to evidence and/or response to motions in limine are due August 13, 2013.

The period of delay from May 6, 2013, to September 16, 2013 shall be excluded pursuant to 18 U. S.C. §§ 3161(h)(4), 3161(h)(7(A) and (B)(iv) due to Defendant's physical condition and because the ends of justice are served by this exclusion allowing for effective preparation of counsel and continuity of counsel.

IT IS SO ORDERED:

3/19/13

_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
Judge of the United States District Court

Order Continuing Trial And
Excluding Time (CR-11-0523 SBA)      1